UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| PAUL MAZZIE, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:04CV00081 AGF |
| CORRECTIONAL MEDICAL SERVICES, INC., DR. GREGORY RAKESTRAW, and DR. BENJAMIN GADDY, | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on several pretrial motions filed by Plaintiff. Plaintiff Paul Mazzie, a Missouri inmate incarcerated at the Northeast Correctional Center ("NECC"), is pursuing this action, filed under 42 U.S.C. § 1983, pro se. He claims that two doctors employed at NECC violated his constitutional rights by failing to provide him with adequate medical treatment for various serious impairments. Besides Plaintiff's pending motions noted below, also pending is Defendants' joint motion for summary judgment, which is now ripe for disposition.

Upon review of the record,

**IT IS HEREBY ORDERED** that Plaintiff's two motion for judgment on the pleadings for Defendants' failure to cooperate in the discovery process are **DENIED**. [Doc. #37 & Doc. #50]

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment, in which he asserts that there are disputes of material fact in the case, is **DENIED**. This

"motion" shall be considered as part of Plaintiff's response to Defendants' motion for summary judgment. [Doc. #54]

**IT IS FURTHER ORDERED** that Plaintiff's two motions for sanctions for Defendants' failure to cooperate in the discovery process are **DENIED**. [Doc. #52 and Doc. #53]

Defendants' motion for summary judgment shall be addressed by separate Order.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 27th day of September, 2006.