UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| PAUL MAZZIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:04CV0081 AGF |
| | ) |
| CORRECTIONAL MEDICAL SERVICES, INC., DR. GREGORY RAKESTRAW, and DR. BENJAMIN GADDY, | ) |
| | ) |
| Defendants. | ) |

## **JUDGMENT**

Pursuant to the Memorandum and Order issued herein on this date,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered on behalf of Defendants and against Plaintiff.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 8th day of November, 2007.