UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| PAUL MAZZIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:04CV0081 AGF |
| ) | |
| CORRECTIONAL MEDICAL ) | |
| SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

**IT IS HEREBY ORDERED** that the motion (Doc. #105) of Plaintiff's appointed counsel to withdraw as counsel is **GRANTED**. The Court wishes to express its sincere appreciation to appointed counsel for his zealous efforts on behalf of Plaintiff and in presenting the case to the Court.

AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 11th day of December, 2007.